**Dated: June 5, 2019**

**The following is ORDERED:**



*Tom R. Cornish*
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

JULIE RHEA TEAGUE
   AKA JULIE RHEA JENKINS

DEBTOR.

Case No.: BK-19-80428-TRC
Chapter 7

### ORDER OF ABANDONMENT AND LIFTING STAY

THIS MATTER comes on before the Court on SPECIALIZED LOAN SERVICING, LLC's, (hereinafter referred to as "Movant") Motion for Relief from Automatic Stay and Abandonment of Property filed herein. Upon consideration of the matter, and being fully advised in the premise, THE COURT FINDS as follows:

That due notice of the Motion for Relief from Automatic Stay and Abandonment of Property has been provided in accordance with Bankruptcy Code and Misc. Order 43. The time for objections has expired and no objection to the allegations contained in the Motion filed by Movant

has been filed or served on Movant, and no party made an appearance in opposition at the scheduled hearing.

IT IS THEREFORE ORDERED that the Trustee be and hereby is ordered to disclaim and abandon the following described subject mortgaged property, to-wit:

The subject mortgaged property, situated in Muskogee County, Oklahoma, is described as:

LOTS 14, 15 AND 16 IN BLOCK 3 IN INDIAN DRIVE SUBDIVISION TO MUSKOGEE COUNTY, ACCORDING TO THE RECORDED PLAT THEREOF
a/k/a 2420 E Coburn Circle, Muskogee, OK 74401

IT IS FURTHER ORDERED that the entry of this Order shall be deemed to constitute the disclaimer and abandonment of said mortgaged property by the Trustee.

IT IS FURTHER ORDERED that the stay imposed under 11 U.S.C. Section 362(a) is hereby lifted so as to permit enforcement of liens against the subject property described herein.

MOVANT TO NOTIFY INTERESTED PARTIES.

APPROVED FOR ENTRY:

s/ Matthew J. Hudspeth
MATTHEW J. HUDSPETH - #14613
JIM TIMBERLAKE - #14945
Baer Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73112
Telephone: (405) 842-7722
Fax: (918) 794-2768
mhudspeth@baer-timberlake.com